■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE DOWDELL, Appellant. [704 NYS2d 855] —Appeal by the defendant from an amended judgment of the County Court, Westchester County (West, J.), rendered December 1, 1998, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman, Florio and Schmidt, JJ., concur.